NUMBER 13-07-698-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

IN RE: DAVID ANDREW DOUGLAS
 
 

_______________________________________________________


On Petition for Writ of Mandamus

_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides


Per Curiam Memorandum Opinion (1)



 On September 4, 2007, in the above cause, relator, David Andrew Douglas, filed a
document titled "Notice and Demand Commercial Offer with Affidavit in Support" which we
construe as a petition for writ of mandamus. The Court, having examined and fully
considered the petition, its attachments including an affidavit of default and stipulation
commercial offer commercial law notice, an affidavit re[garding] denial of notary service,
and an affidavit of service, as well as documents filed on November 13, 2007, including a
commercial affidavit and two first notices of debt, and is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, relator's petition for writ of
mandamus is denied. See Tex. R. App. P. 52.8(a).

 PER CURIAM


Memorandum Opinion delivered and filed

this 29th day of November, 2007.

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).